UNITED STATES COURT HOUSE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
FEB 23 2018
Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| JAMES D. LEWIS, PLAINTIFF; SUI JURIS; PROXY | CASE NO. 4:18cv124-ALM-CAN |
| Vs. | * RELATE BACK & RETROACTIVE * |
| (1) COUNTRY OF RUSSIA; | * DECLARATORY RELIEF * |
| (2) SECURUS TECHNOLOGIES CEO's & BOARD OF DIRECTORS, | * INJUNCTION RELIEF * |
| DEFENDANTS/RESPONDENTS. | * IMMINENT THREATS * |
| | * DEMAND A JURY TRIAL * |
| | * CLASS ACTION * |

## * JURISDICTION(S) AND LAW(S) *

| | |
|---|---|
| WIRETAPPING | AID AND ABETTING |
| INVASION OF PRIVACY | BREACH OF SECURITY |
| EAVESDROPPING DEVICES | RICO |
| TAX FRAUD | CONSPIRACY |
| MONEY LAUNDERING | 4TH AMENDMENT |
| TORT CLAIM | 14TH AMENDMENT |
| ENTRAPMENT | CYBER TERRORISM |

28 U.S.C. 535 et.seq. "INVESTIGATE CRIMES; GOVERNMENT OFFICERS AND EMPLOYEES"; 28 U.S.C. 1330 et.seq. "ACTIONS AGAINST FOREIGN STATES"; 28 U.S.C. 1331 "FEDERAL QUESTION"; 28 U.S.C. 1395 et. seq. "FINE, PENALTY, OR FORFEITURE"; 28 U.S.C. 1603 et.seq. "DEFINITIONS"; 28 U.S.C. 1343 et. seq. "CIVIL RIGHTS AND ELECTIVE FRANCHISE"; 42 U.S.C.A. 1981 et.seq. "EQUAL RIGHTS UNDER THE LAW"; RULE #60 et. seq. "RELIEF FROM JUDGMENT" OR "ORDER" AND ETC.

## * VENUE(S) AND RESPONSIBLE *

(1) THE COUNTRY OF RUSSIA IS RESPONSIBLE; BECAUSE THEY ARE A FOREIGN STATE THAT HAS AN INTERNATIONAL

AGREEMENT WITH THE UNITED STATES. TERRORIST(S) WITHIN THE UNITED STATES AND THE STATE OF ILLINOIS IS HACKING INTO SECURUS TELEPHONE SYSTEMS WITHIN I.D.O.C. AND ETC. SPYING FOR THE COUNTRY OF RUSSIA. WIRETAPPING, INVASION OF PRIVACY; EAVESDROPPING AND ETC. ON INMATE(S) AND CITIZEN(S). WHICH IS A BREACH OF SECURITY; CYBER ATTACK; CYBER CRIME; CYBER TERRORISM. AND ETC. WITHOUT AN COURT ORDER. SEVERAL OFFICIALS HAS TURN A BLIND EYE TOWARDS THIS IS A CONSPIRACY AND OTHERS CONSPIRED WITH EACH OTHER.

(2) SECURUS TECHNOLOGIES CEO'S AND BOARD OF DIRECTORS IS RESPONSIBLE; BECAUSE THEY HAVE AN AGREEMENT WITH THE UNITES STATES AND THE STATE OF ILLINOIS TO PROTECT INMATE(S) AND CITIZEN(S) RIGHTS FROM TERRORIST(S) AND ETC. SECURUS PUT INMATE(S) AND CITIZEN(S) IN A CATCH.22 SITUATION BY ONLY MONITORING AND RECORDING THROUGH CORRECTIONAL CENTERS PHONE(S). THERE'S KNOW OTHER WAY TO USE THE PHONE SERVICE(S) THIS IS ENTRAPMENT AND ETC. AND SECURE FAILED TO REPORT FEDERAL AND STATE CRIMES WITHIN ILLINOIS.

## STATEMENT OF FACTS

I ABOVE PERSON IS BRINGING THIS CLAIM ABOUT TERRORIST(S) WITHIN OUR HOMELAND AND ETC. SECURUS TECHNOLOGIES IS AID AND ABETTING TERRORISTS WITHIN THE STATE OF ILLINOIS BY; WIRETAPPING, INVASION OF PRIVACY, EAVESDROPPING, SPYING AND ETC. ON INMATE(S)

AND CITIZEN(S). EVERY TIME INMATE(S) MAKES CALLS TO OUTSIDE SOURCES ON SECURUS TELEPHONES, THE TERRORISTS AND ETC. START WIRETAPPING; INVASION OF PRIVACY; EAVESDROPPING AND ETC. ON MYSELF AND OTHERS WITHOUT OUR CONSENT. WHICH CREATES CYBER CRIMES. (CHECK RECORDING AND MONITORING DEVICES WITH SECURUS TECHNOLOGIES INMATE(S) TELEPHONE CALLS JAMES LEWIS B-52327 PIN(633) 2600 NO. BRINTON AVE. DIXON, IL 61021-9524 AND OTHER CORRECTIONAL CENTERS. THE DEVICE TRIGGER AND PROCESS START. WITHOUT A COURT ORDER. AND SECURUS FAILED TO REPORT THE CRIMES TO THE FEDERAL COMMUNICATION COMMISSION. (CHECK THE SATELLITE DEALING WITH TELE-COMMUNICATION ACTIVATION SYSTEM(S)).

REQUEST FOR RELIEF:

I'M REQUESTING $250 MILLION FROM THE COUNTRY OF RUSSIA AND $250 MILLION FROM SECURUS TECHNOLOGIES IN DAMAGE(S), REWARDS, PENALTIES, VIOLATIONS AND ETC. AND STOP (SECURUS TECHNOLOGIES) FROM OPERATING WITHIN UNITED STATES AND THE STATE OF ILLINOIS, BECAUSE THEY DO NOT HAVE A COURT ORDER FOR THE UNPROFESSIONAL PRACTICE. AND FOR UNITED STATES F.B.I., CIA, FCC AND ETC. TO CONDUCT AND INVESTIGATION INTO CRIMINAL CHARGE(S) BY RUSSIA, SECURUS TECHNOLOGIES, I.D.O.C. AND ETC. A.S.A.P. BECAUSE THIS THREATEN OUR NATIONAL SECURITY. PLAINTIFF IS WILLING TO TAKE A LIE DETECTOR TEST. PLAINTIFF REQUESTING COPIES OF TELEPHONE RECORDINGS FROM DIXON C.C. AND ETC. FOR FEDERAL AND STATE EVIDENCE.

PARTIES TO BE SERVED:

(1) COUNTRY OF RUSSIA
* (SEND TO THE SECRETARY OF STATE) *

(2) SECURUS TECHNOLOGIES
CEO'S AND BOARD OF DIRECTORS
WWW.SECURUSTECH.NET
1 800-844-6591
4000 INTERNATIONAL PARKWAY
CARROLLTON, TX 75007-4000

RESPECTFULLY SUBMITTED,

*James D. Lewis*
JAMES D. LEWIS
B-52327
2600 NO. BRINTON AVE.
DIXON, IL 61021-9532

IN THE
UNITED STATES COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JAMES D. LEWIS )
Plaintiff: SUI JURIS; PROXY )
) Case No. _____
vs. )
)
)
COUNTRY OF RUSSIA, et al., )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

To: U.S. DIST. CT. FOR THE EASTERN  
DIST. OF TEXAS / U.S. DISTRICT CLERK Room #216  
101 EAST PECAN ST.  
SHERMAN, TX 75090

To: _____

PLEASE TAKE NOTICE that on __2/12__ 20__18__, I have placed the documents listed below in the institutional mail at Dixon Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: CIVIL CLAIMS / APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Pursuant to 28 USC 1746, 18USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am the named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: __1/19/18__

/s/ _____  
Name: JAMES D. LEWIS  
IDOC # B-52327  
Dixon Correctional Center  
P.O. Box 1200  
Dixon, IL 61021

SUBSCRIBED AND SWORN TO BEFORE ME THIS  
__19th__ day of __Jan.__, __2018__

__Sally G. Joos__  
NOTARY PUBLIC

**OFFICIAL SEAL**  
SALLY A. JOOS  
NOTARY PUBLIC, STATE OF ILLINOIS  
My Commission Expires Jul 12, 2020

Revised 8/17/11